JS-6

SLATER LAW GROUP APC
A Professional Corporation
MARK K. SLATER, SBN 129742
  mslater@slaterlawgrp.com
JUNYONG HUANG-STOWERS, SBN 307178
  jhuang@slaterlawgrp.com
33 New Montgomery Street, Suite 1210
San Francisco, California 94105
Telephone: (415) 294-7700
Facsimile:  (415) 294-7763

Attorneys for Plaintiff
KOTOE ASAMI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KOTOE ASAMI, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TABATA, OXFORD PERSONNEL, LLC a New York limited liability company; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:20-cv-6015-RSWL-SKx<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

## **[PROPOSED] ORDER**

　　PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees incurred as part of or as a result of this litigation.

DATED:  June 16, 2021　　　　　　　　　/S/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　THE HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE